UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GLENNIE DEE DAVIS, #120206, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:19-cv-454-TFM-B |
| | ) | |
| OFFICER MURRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OPINION AND ORDER

On August 8, 2019, the Magistrate Judge issued a Report and Recommendation (Doc. 3) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the **ORDER**, **JUDGMENT** and **DECREE** that:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 3) is **ADOPTED**;

(2) The Clerk of Court shall effectuate the transfer of this case to the Middle District of Alabama; and

(3) All outstanding motions remaining pending for the resolution by the Middle District of Alabama.

**DONE** and **ORDERED** this 11th day of September, 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE